George H. BRICK and Edgar C. Ballerstein, Copartners Trading under the Firm Name and Style of Brick & Ballerstein, Plaintiffs-Appellees, v. A. I. NAMM & SONS, Inc., Defendant-Appellant.

Circuit Court of Appeals, Second Circuit. November 1, 1927.

No. 87.

Appeal from the District Court of the United States for the Eastern District of New York.

See, also, 21 F.(2d) 179.

Mock & Blum, of New York City, for appellant.

Leonard Day, of New York City (Jerome H. Buck, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree (22 F.[2d] 693) affirmed, with costs.